UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| WILLIAM COX,<br>　　　　Plaintiff | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>　　　　Defendant | CASE NUMBER:　　1:16-CV-00306-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and the complaint having been filed in this action;

IT IS ORDERED that the application is:

✘ GRANTED.

　✘ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this　　10TH　　day of　　March　　,　2016　.

　　　　　　　　　　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer