KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| WILLIAM COX, | Case # 1:16-CV-00306-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

The parties hereby stipulate by counsel, that Plaintiff shall have a second extension of time to file Plaintiff's opening brief. Plaintiff's counsel had a family emergency that requires travel out of state for an undetermined period of time.  Counsel is a solo practitioner and has no other attorney to help with briefing at this time. Counsel requests a 30-day extension of time to complete the Opening brief. Opening Brief shall now be due on January 9, 2017.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated December 8, 2016:		/s/ Kelsey M Brown
			KELSEY MACKENZIE BROWN CA #263109

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
 (206) 300-9063
Attorney for Plaintiff

Dated December 8, 2016:        s/ KELSEY M. BROWN for Ellinor Coder
                               ELLINOR CODER
                               (per e-mail authorization)
                               Special Assistant U.S. Attorney
                               Office of the General Counsel

                               Of Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including January 9, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 9, 2016**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE